In the Matter of B & R EXCESS CORP. et al., Petitioners, v. RICHARD E. STEWART, as Superintendent of Insurance of the State of New York, et al., Respondents.—

Concur—McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.